Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Benjamin Oldenkamp and Leigh Oldenkamp | Case No.: 12–49842 CN 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 5/26/15 dismissing the above−captioned case.

Dated: <u>5/27/15</u>  For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 69